**No. 50138.**—Protest 991463–G of New York Merchandise Co., Inc. (Los Angeles).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of pincushions the same in all material respects as the merchandise the classification of which was involved in Abstract 49006, and that other items consist of bicycle horns the same as those involved in *Spiegel Bros.* v. *United States* (9 Cust. Ct. 194, C. D. 692), which records were admitted in evidence herein. In accordance therewith the protest was sustained as claimed.